US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEC 20 2016

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

MARIBEL GOMEZ and
JOSE GOMEZ                                                                        PLAINTIFFS

VS.                                    CASE NO. 16-5367 PKH

TRANSPORT SERVICE, LLC and
JESSE J. KERLEY                                                                  DEFENDANTS

## NOTICE OF REMOVAL AND JURY DEMAND

Pursuant to 28 U.S.C. §§ 1441 and 1446, Separate Defendant, Transport Service, LLC (hereinafter referred to as "Separate Defendant Transport Service") hereby files this Notice of Removal of this case from the Circuit Court of Benton County, Arkansas, and Defendant's short and plain statement of the grounds for removal is as follows:

1.  On December 6, 2016, Plaintiffs filed their Complaint in the Circuit Court of Benton County, Arkansas. The Complaint was served on Separate Defendant Transport Service by serving its registered agent on or about December 13, 2016. Separate Defendant Kerley has not yet been served. As required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and orders served upon each such defendant" are attached as Exhibit A.

2.  Separate Defendant Transport Service is a limited liability company formed under Delaware law with its principal place of business in Canton, Ohio.

3.  Separate Defendant Kerley is a resident and citizen of the State of Tennessee.

4.  Any civil action filed in state court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a). This lawsuit arises out of an alleged

accident in which Plaintiffs allege negligence and claims damages in excess of the jurisdictional limit.  See Exhibit A, Complaint.

5. This matter is removable because this Court has original subject matter jurisdiction on diversity grounds pursuant to 28 U.S.C. § 1332(a)(1) and (2).

### A.  The Matter Is Between Citizens Of Different States.

6. Complete diversity of citizenship exists between Plaintiff and Separate Defendants Transport Service and Kerley.

7. Plaintiffs, Maribel Gomez and Jose Gomez, are residents and citizens of the State of Arkansas.  See Exhibit A, Complaint.

8. Separate Defendant Transport Service is a limited liability company formed under the laws of Delaware with its principal place of business in Canton, Ohio.  28 U.S.C. § 1332(c)(1).

9. Separate Defendant Kerley is a citizen and resident of the State of Tennessee.

### B.  Notice Of Removal Was Filed Within The 30-Day Limit Required By 28 U.S.C. § 1446(b) And All Procedural Requirements Have Been Met.

10. Plaintiff's Complaint was filed on December 6, 2016, and Separate Defendant Transport Service was served with and received Plaintiff's Complaint through its registered agent on or about December 13, 2016.  As noted above, Separate Defendant Kerley has not been served.

11. This notice was timely filed within 30 days of Separate Defendant's receipt of the Complaint, as required by 28 U.S.C. §1446(b), for timely removal.

12. Pursuant to 28 U.S.C. §1446(b)(2)(A), Separate Defendant Transport Service consents to removal of this action to the U.S. District Court for the Western District of Arkansas.

13. Defendant has complied with all applicable requirements and procedures for removal set forth in 28 U.S.C. § 1446, and Defendant is hereby giving prompt notice of this removal to Plaintiff and the Circuit Court of Benton County, Arkansas by filing a copy of this Notice of Removal with the Circuit Court.

### C. The Amount In Controversy Exceeds $75,000.00, Exclusive Of Interests and Costs, As Required by 28 U.S.C. § 1332(a).

14. The amount in controversy in this case exceeds $75,000.00, satisfying the requirements of 28 U.S.C. § 1332(a). *See Haynes v. Louisville Ladder Group, LLC*, 341 F.Supp.2d 1064, 1067-68 (E.D. Ark. 2004) (stating that "the [Arkansas Supreme Court] made clear . . . that [Arkansas] does not prevent a Plaintiff who seeks an unspecified amount in liquidated damages from recovering in excess of the jurisdictional minimum trial").

15. Pursuant to the provisions of 28 U.S.C. §1441(a), the United States District Court for the Western District of Arkansas is the federal district court for the district embracing the place where the state court suit is pending.

16. This Court has original jurisdiction of this matter on the basis of diversity, and removal to this Court is proper. 28 U.S.C. § 1332.

### DEMAND FOR A JURY TRIAL

17. Separate Defendant Transport Service demands a trial by jury on all issues triable by a jury herein.

TRANSPORT SERVICE, LLC, Defendant

EVERETT WALES & COMSTOCK
1944 E. Joyce Blvd.
P.O. Box 8370
Fayetteville, Arkansas 72703
Telephone: (479) 443-0292
Fax: (479) 443-0564

By: _____
Christy Comstock
Bar No. 92246
Christy@everettfirm.com

**CERTIFICATE OF SERVICE**

I, Christy Comstock, state that I deposited in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing, and additionally emailed the pleading to the following on this 20 day of December, 2016:

*Plaintiffs' Counsel*
Mr. Mark C. Lucas, Jr.
Lucas Law Firm, PLLC
P.O. Box 618
Centerton, AR 72719

_____
Christy Comstock