IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARIBEL GOMEZ and JOSE GOMEZ                                             PLAINTIFFS

v.                                       No. 5:16-CV-05367

TRANSPORT SERVICE, LLC and
JESSE J. KERLEY                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiffs' motion (Doc. 11) to dismiss this case with prejudice. No response has been filed but a response is unnecessary. Plaintiffs represent that the parties have settled their dispute. The Court considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that Plaintiffs' motion to dismiss (Doc. 11) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE